# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 20-00411 HG-RT<br>CV NO. 23-00305 HG-WRP |
| CASE NAME: | David Sansone Company, Inc.; Sansone Real Estate Investments, LLC; David Sansone; Sansone Company, Inc.; Avila Properties, LLC; Los Padres Construction, Inc. v. Waiaha Ridge LLC; Daniel B. Bolton; The Kona Coffee & Tea Company, Inc.; Bolton, Inc.; Janet T. Bolton; John Does 1-50; Jane Does 1-50; Doe Corporations 1-50; Doe Partnerships 1-50; Doe Entities 1-50<br><br>David Sansone Company, Inc.; David Sansone; Sansone Company Inc.; Los Padres Construction, Inc.; Avila Properties, LLC; Sansone Real Estate Investments, LLC v. Daniel B. Bolton; Janet T. Bolton |
| COUNTER-CLAIM: | Waiaha Ridge LLC v. David Sansone Company, Inc. |
| ATTYS FOR PLAS/COUNTER-DEF: | *Kelly G. LaPorte<br>*Trisha H.S.T. Akagi |
| ATTY FOR DEFS/COUNTER-CLAIMANT: | *Andrew M. Kennedy<br>*Dawn Henry Laird |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 11/2/2023 | TIME: | 09:30am-09:45 |

COURT ACTION:                       EP: NON-JURY TRIAL (DAY 2)

Plaintiff David Sansone and his wife Jennifer Sansone present.

Defendants Daniel Bolton and Janet Bolton present.

Discussion held. The Parties confirmed that a Global

1

Settlement have been reached with respect to both cases.

The material and essential terms of the Global Settlement were placed on the record before Magistrate Judge Rom Trader on November 1, 2023.

The Parties shall file under seal the written settlement document signed by the Parties.

In **20-cv-00411HG-RT**, the stay and administrative closure issued by Magistrate Judge Trader shall be held in abeyance pending the December 1, 2023 payment to Plaintiffs pursuant to the Parties' settlement agreement and pending confirmation of the Parties' payments of all monies due to the Court appointed accounting expert Jude Damasco.

The Non-Jury Trial before the Honorable Helen Gillmor is **VACATED**.

The Parties are in agreement and authorize Mr. Damasco to destroy all of the documents that he received from the Parties.

The Parties shall coordinate with the Courtroom Manager to retrieve all copies of their trial exhibits.

In **23-cv-00305HG-WRP**, the Court declines to stay and administratively close the case. The Rule 16 Scheduling conference before Magistrate Judge Wes Reber Porter in CV 23-00305 HG-WRP is **CONTINUED** to Monday, April 29, 2024, at 9:30 a.m.


Submitted by: Rachel Sharpe, Courtroom Manager