CADES SCHUTTE LLP
A Limited Liability Law Partnership

| | |
|---|---|
| KELLY G. LAPORTE | 6294 |
| TRISHA H.S.T. AKAGI | 10186 |
| JARRETT A. DEMPSEY | 10774 |

1000 Bishop, Suite 1200
Honolulu, Hawai'i 96813
Telephone:  (808) 521-9200
Facsimile:  (808) 521-9210
E-mail:    klaporte@cades.com
           takagi@cades.com
           jdempsey@cades.com

- AND -

CHUN KERR LLP

| | |
|---|---|
| SIMON KLEVANSKY | 3217 |
| ALIKA L. PIPER | 6949 |

First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone:  (808) 528-8200
Facsimile:  (808) 664-8597
E-Mail: sklevansky@chunkerr.com
        apiper@chunkerr.com

Attorneys for Plaintiffs
DAVID SANSONE COMPANY, INC., DAVID SANSONE, SANSONE COMPANY, INC., LOS PADRES CONSTRUCTION, INC., AVILA PROPERTIES, LLC, AND SANSONE REAL ESTATE INVESTMENTS, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DAVID SANSONE COMPANY, INC., a California corporation; DAVID SANSONE, a California resident; SANSONE COMPANY INC., a California corporation; LOS PADRES CONSTRUCTION, INC., a dissolved California corporation; AVILA PROPERTIES, LLC, a cancelled California limited liability company; SANSONE REAL ESTATE INVESTMENTS, LLC, a cancelled California limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WAIAHA RIDGE LLC, a Hawaii limited liability company; DANIEL B. BOLTON; JANET T. BOLTON; THE KONA COFFEE & TEA COMPANY, INC.; BOLTON, INC.; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; and DOE ENTITIES 1-50,<br><br>        Defendants. | Civil No.: 20-000411 HG-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES; ORDER**<br><br>Trial Date: November 1, 2023<br><br>Judge:  Honorable Helen Gillmor |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF
<u>ALL REMAINING CLAIMS AND PARTIES</u>**

WHEREAS, on June 14, 2023, Plaintiffs DAVID SANSONE COMPANY, INC.; DAVID SANSONE; SANSONE COMPANY INC.; LOS PADRES

2

CONSTRUCTION, INC.; AVILA PROPERTIES, LLC; SANSONE REAL ESTATE INVESTMENTS, LLC  (collectively, "**Plaintiffs**") and Defendants WAIAHA RIDGE LLC; DANIEL B. BOLTON; JANET T. BOLTON; THE KONA COFFEE & TEA COMPANY, INC.; and BOLTON, INC. (collectively, "**Defendants**") (Plaintiffs and Defendants shall be referred to collectively as "**Parties**" and each shall be identified as a "**Party**"), by and through their respective counsel, stipulated to the dismissal with prejudice of Counts VIII, X – XII of the Fourth Amended Complaint filed herein on September 16, 2021 [Dkt. 168];

WHEREAS, on October 13, 2023, the Parties stipulated to the dismissal with prejudice of Counts I-III and V of the FAC [Dkt. 206];

WHEREAS, on April 25, 2022, the Court dismissed Count VI;

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that all remaining claims and parties are dismissed with prejudice.

There are no remaining claims or parties. All parties that made an appearance in the case have signed the stipulation for dismissal with prejudice. No party shall seek an award of attorneys' fees and costs in connection with the claims dismissed herein.

DATED: Honolulu, Hawaii, April 1, 2024.

/s/ *Trisha H.S.T. Akagi*
KELLY G. LaPORTE
TRISHA H.S.T. AKAGI
JARRETT A. DEMPSEY
-and-
SIMON KLEVANSKY
ALIKA L. PIPER

Attorneys for Plaintiffs
DAVID SANSONE COMPANY, INC., DAVID SANSONE, DAVID SANSONE COMPANY, INC., LOS PADRES CONSTRUCTION, INC., AVILA PROPERTIES, LLC, AND SANSONE REAL ESTATE INVESTMENTS, LLC

/s/ *Dawn H. Laird*
TERRI L. FUJIOKA-LILLEY
DAWN H. LAIRD
ANDREW M. KENNEDY
Attorneys for Defendants
WAIAHA RIDGE, LLC, DANIEL B. BOLTON, JANET T. BOLTON, THE KONA COFFEE & TEA COMPANY, INC. AND BOLTON, INC.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 5, 2024.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES; *David Sansone Company, Inc., et al. v. Waiaha Ridge LLC, et al.*, Civil No. 20-000411 HG-RT

4